THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS RICHETTE, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered August 25, 1969, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. No opinion. Munder, Martuscello and Benjamin, JJ., concur; Rabin, P. J., and Gulotta, J., dissent and vote to reverse the judgment and order a new trial, with the following memorandum: Defendant was indicted for and convicted of grand larceny in the second degree. Although the trial court instructed the jury that they could find defendant guilty of grand larceny in the third degree, requests by defense counsel to charge the jury on petit larceny and attempted larceny were denied. In our opinion, the refusal to so charge constituted error. We find that the evidence adduced at the trial provided a basis upon which the jury could have found defendant guilty of petit larceny and not guilty of the higher degrees of larceny charged to the jury and upon which the jury could have found him guilty merely of an attempted larceny (*People* v. *Mussenden*, 308 N. Y. 558; *People* v. *Malave*, 21 N Y 2d 26; *People* v. *Brady*, 22 A D 2d 568). The failure to charge on petit larceny may, in retrospect, be deemed to be harmless and immaterial, in view of the fact that the jury found defendant guilty of the higher of the two degrees of crime which were charged to the jury (*People* v. *Granger*, 187 N. Y. 67; *People* v. *Brown*, 203 N. Y. 44). However, the failure to instruct the jury that it could find defendant guilty of an attempt may not be so characterized. The fact that the jury found defendant guilty of grand larceny in the second degree does not preclude the possibility that they might have found him guilty of an attempt if given the opportunity to do so.

RENAISSANCE PROJECT, INC., Appellant, v. VILLAGE OF TARRYTOWN et al., Respondents, and SALVATORE ZAMBELLITTI et al., Intervenors-Respondents. — Appeal by plaintiff, as limited by its brief, from so much of an order of the Supreme Court, Westchester County, dated September 7, 1971, as, upon reargument, adhered to the original decision and denied plaintiff's motion for a preliminary injunction to enjoin enforcement of certain provisions of the zoning ordinance of the Village of Tarrytown. Order affirmed insofar as appealed from. No opinion. Appeal from order of said court dated June 15, 1971, dismissed as academic. That order was superseded by the order granting reargument. Respondents Village of Tarrytown and William Baird are granted one bill of $20 costs and disbursements to cover both appeals. Rabin, P. J., Hopkins, Latham, Gulotta and Christ, JJ., concur.